## HODGES v. STATE.
### No. 24325.

Court of Criminal Appeals of Texas.
March 30, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Aggravated assault is the offense; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.